UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL R KAUFMAN CPA, LLC | JURY TRIAL DEMANDED |
| v. | CASE NO.  3:11-mc-00912 (WWE) |
| SCOTT VERTUCCI | November 15, 2013 |

### MEMORANDUM RE: DAMAGES

The Plaintiff Daniel R Kaufman CPA, LLC hereby submits this Memorandum in accordance with the Court order dated November 7, 2013.

### Factual Background

The within matter arises from the Plaintiff's purchase of an accounting and finance business, named Sterling Tax & Financial Associates, LLC ("Sterling"), from Scott Vertucci.

Vertucci is alleged to be the sole member and principal of Sterling.  The Plaintiff purchased the business by and through a Purchase and Sales Agreement dated September 26, 2008.  Id.

By and through the Purchase and Sale Agreement, Kaufman purchased for good and valuable consideration from Sterling:

(a) Office equipment, furniture and fixtures;

(b) Any and all of Sterling's rights, title, goodwill and/or interests in any and all of Sterling's business name and/or d/b/a name and/or trade name and/or name used whatsoever;

(c) Any and all of Seller's rights, title, goodwill and/or interests in any and all of Seller's and/or The Practice's client contracts and/or accounts which were more fully described in Exhibit B attached to the Agreement;

(d) Any and all of Sterling's rights, title, goodwill and/or interests in any and all of Sterling's clients and/or vendor files and/or records;

(e) Any and all of Sterling's rights, title, goodwill and/or interests in any and all of Sterling's client list(s) as more fully described in Exhibit C of the Agreement; and

(f) Any and all of Sterling's rights, title, goodwill and/or interests in any and all other asset(s) of Sterling, tangible and/or intangible of whatever kind, nature and in any form whatsoever.

Paragraph 21 of the Plaintiff's Complaint alleges as follows:

Per the Amended Complaint, Sterling is in violation of the Agreement and the Non-Compete Agreement in that Vertucci:

a. Has contacted clients which were under contract with Sterling as of the date of the Agreement and which are currently under contract with Kaufman;

b. Contacted former clients of Sterling within the county of Middlesex Connecticut within two years of executing the Agreement;

c. Utilized client contact information he obtained through the operation of Sterling, which client information was sold to Kaufman;

d. Used the goodwill of Sterling to contact clients which goodwill now belongs to Kaufman and;"

## Damages

The within matter is set down for a hearing in damages to occur on November 26, 2013.

The Plaintiff is seeking an award of damages in two separate categories.

**Violation of Non-Compete**

By virtue of its violation of the Non-Compete Agreement, the Defendant has caused damages to the Plaintiff. Following the sale of the business, the Defendant nonetheless continued to contact current clients of the Plaintiff and attempted to solicit their business. While Plaintiff is unaware of any clients terminating their business relationship with him as a result of those contacts, the Plaintiff has been required to address complaints from clients and spend time in addressing these complaints occasioned by the Defendant's violation of the Non-Compete Agreement.

**Improper Use of Trademark**

The Plaintiff has also been damaged by Defendant's use of the common law trademark associated with the Plaintiff's company. The Plaintiff can testify as to how many contacts were made using the trademark damaging the business reputation of the Plaintiff and confusing consumers.

>PLAINTIFF
>DANIEL R KAUFMAN, CPA, LLC
>
>BY____/s/ ct24861_____
>Matthew J. Corcoran
>One Evergreen Avenue, Ste. 16
>Hamden, CT 06518
>Phone:  (203) 691-5930
>Fax:     (203) 691-5938
>Juris No. ct24861
>attycorcoran@yahoo.com

`
3
STDOCS01 170883v.1

## CERTIFICATION

I hereby certify that on November 15, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____/s/ ct24861_____

Matthew J. Corcoran, Esq.

STDOCS01 170883v.1